UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

      v.                          Case No.  08-cr-103-01-SM

Luis Escribano-Cora,
    Defendants

O R D E R

Defendant Cora's motion to continue the trial is granted (document no. 10).  Trial has been rescheduled for the month of November 2009.  Defendant Cora shall file a waiver of speedy trial rights not later than September 18, 2009.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for October 19, 2009 at 4:00 p.m.

Jury selection will take place on November 3, 2009 at 9:30 a.m.

SO ORDERED.

/Steven J. McAuliffe
Chief Judge

September 7, 2009

cc: Stanley Norkunas, Esq.
Terry Ollila, AUSA
U.S. Marshal
U.S. Probation