UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.               Case No. 08-cr-103-01-SM

<u>Luis Escribano-Cora,</u>
    Defendants

<u>O R D E R</u>

Defendant Cora's motion to continue the trial is granted (document no. 19). Trial has been rescheduled for the month of February 2010. Defendant Cora shall file a waiver of speedy trial rights not later than January 29, 2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing:   January 22, 2010 at 3:30 p.m.

Final Pretrial Conference, if necessary, is scheduled for February 12, 2010 at 2:00 p.m.

Jury selection, if necessary, will take place on February 17, 2010 at 9:30 a.m.


SO ORDERED.


/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

January 20, 2010

cc:   Stanley Norkunas, Esq.
      Terry Ollila, AUSA
      U.S. Marshal
      U.S. Probation