```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>United States</u>

  v.       Case No. 08-cr-103-01-SM

<u>Luis Escribano-Cora</u>

        <u>ORDER</u>

 Re: Document No. 29, Motion to Appoint Substitute Counsel

 Ruling: Defendant's letter notifying the court of his decision to dismiss counsel is taken as a motion to appoint substitute counsel, which motion is denied as unsupported.  Defendant's letter asserts no grounds at all that might support appointing new counsel, and, as the court previously noted, sentencing in this case has been continued a number of times, it is now rescheduled, and the court advised the parties that no further continuances would be permitted in the absence of extraordinary circumstances.

              _/s/ Steven J. McAuliffe_
              Steven J. McAuliffe
              Chief Judge

Date:  August 31, 2010

cc: All Counsel of Record
   U.S. Probation
   U.S. Marshal
   Luis Escribano-Cora